UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SETH TUCKER,<br><br>             Plaintiff,<br><br>      v.<br><br>PETER ROBERTS & ASSOCIATES, INC.,<br><br>             Defendant. | Case No. 1:20-cv-6 |

## NOTICE OF SETTLEMENT

Plaintiff, SETH TUCKER, ("Plaintiff"), through his attorney, Rosanna T. Fox, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

                               Respectfully submitted,


         By: /s/ Rosanna T. Fox
                 Rosanna T. Fox
                 NH Bar ID: 17693
                 12 Eldorado Circle
                 Nashua, NH 03062
                 603-261-0382 – office
                 866-526-1602 – facsimile
                 rosief13@comcast.net
                 Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On January 13, 2020, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Rosanna T. Fox
Rosanna T. Fox